**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
CORINA VALDERRAMA (SBN 279203)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:      marissa.alguire@akerman.com
            corina.valderrama@akerman.com

*Attorneys for Defendant*
RAPHA RACING LLC

**MARCUS ZELMAN**
YITZCHAK ZELMAN (SBN 15872012) (pro hac vice)
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: 732-695-3282
Facsimile:  732-298-6256
Email:      yzelman@marcuszelman.com

*Attorneys for Plaintiff*
BRUCE BEGG

*[Continued on following page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>RAPHA RACING LLC,<br><br>Defendants. | Case No. 4:20-cv-03175-YGR<br><br>**PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURUSANT TO FED. R. CIV. P. RULE 41** AND ORDER<br><br>Complaint Filed: May 8, 2020<br>Trial Date: None<br>District Judge: Hon. Yvonne Gonzalez Rogers |

**THE LAW OFFICES OF JONATHAN A. STIEGLITZ**
JONATHAN A. STIEGLITZ (SBN 278028)
11845 W. Olympic Boulevard, Suite 800
Los Angeles, California 90064
Telephone: 323-979-2063
Facsimile:  323-488-6748
Email:       jonathan.a.stieglitz@gmail.com

*Attorneys for Plaintiff*
BRUCE BEGG

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

The Parties hereby stipulate, in consideration of a negotiated settlement agreement executed by them, including a provision that each party shall bear its own costs and fees, to the dismissal of this entire action with prejudice as against all parties, pursuant to Federal Rules of Civil Procedure Rule 41(a)(A)(ii) and Rule 41(a)(B).

Dated: September 30, 2020   **AKERMAN LLP**

By: /s/Corina Valderrama
Marissa Alguire
Corina Valderrama
*Attorneys for Defendant*
RAPHA RACING LLC

Dated: September 30, 2020   **MARCUS ZELMAN, LLC**

By: /s/Yitchak Zelman
Yitzchak Zelman
*Attorneys for Plaintiff*
BRUCE BEGG

### EFC ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Corina Valderrama, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The entire action is dismissed with prejudice.

Dated: October 5, 2020

Hon. Yvonne González Rogers
United States District Judge